# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT M. SILLS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-01685-LSC-SGC |
| | ) |
| SEAN SNIDER, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on June 27, 2022, recommending the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Robert M. Sills be denied. (Doc. 5). While the petitioner filed objections to the report and recommendation, the objections merely restate arguments considered and rejected by the magistrate judge. (Doc. 6).

After careful consideration of the record in this case and the magistrate judge's report, the court **OVERRULES** the petitioner's objections, **ADOPTS** the magistrate judge's report, and **ACCEPTS** her recommendation. Consistent with that recommendation, the court finds the § 2241 petition is due to be denied.

A final judgment will be entered.

**DONE** and **ORDERED** on July 19, 2022.

_____
L. Scott Coogler
United States District Judge

160704